IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SIGISMUNDO RAMOS-BALCAZAR,

     Petitioner,

vs.                                     CIVIL NO.  12-161 JC/CG
                                         CRIM. NO. 11-377 JC

UNITED STATES OF AMERICA,

     Respondent,

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** comes before the Court on the United States Magistrate Judge's *Proposed Findings and Recommended Disposition*, filed June 18, 2012. (Doc. 11). The proposed findings informed Petitioner that he had 14 days within which to file objections. (*Id.* at 13). No objections were filed, and the time for doing so has expired. Petitioner was notified that failure to file written objections within the allotted time would preclude appellate review. No objections having been filed, the Court accepts the *Proposed Findings and Recommended Disposition*.

**IT IS THEREFORE ORDERED** that the *Proposed Findings and Recommended Disposition* of the United States Magistrate Judge (Doc. 11), is adopted by the Court;

**IT IS FURTHER ORDERED** that Petitioner Sigismundo Ramos-Balcazar's *Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody*, (Doc. 1), be **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that a certificate of appealability be **DENIED**.

_____
SENIOR UNITED STATES DISTRICT JUDGE